UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TARANDEEP SINGH CHATTHA,

               Petitioner,

v.

US DEPARTMENT OF HOMELAND SECURITY, et al.,

               Respondents.

Case No. C19-1549-RSM-MAT

ORDER GRANTING STIPULATED MOTION TO STAY AND HOLD IN ABEYANCE

      This is a 28 U.S.C. § 2241 immigration habeas action. On September 27, 2019, the Court stayed petitioner's removal and ordered respondents to file a return and status report within 30 days. (Dkt. 5.) In lieu of filing a return, the parties filed a joint stipulation:

The parties have conferred and stipulate and agree as follows:

The parties jointly request that Respondents' return date be stayed and held in abeyance so that the following actions may be taken, the results of which will likely impact the course of this litigation or render these proceedings moot:

     1)    U.S. Citizenship and Immigration Services ("USCIS") will exercise its discretionary authority to sua sponte conduct in good faith a follow-up information gathering interview to revisit its internal relocation analysis to determine if reconsideration of the negative determination is warranted;

ORDER GRANTING STIPULATED
MOTION TO STAY AND HOLD IN
ABEYANCE - 1

2)     As part of this review, USCIS will speak with the Petitioner again for additional fact gathering, and the Petitioner may present new or additional information at that time, with the assistance of counsel; and

3)     If the Petitioner establishes that he meets the credible fear standard, Respondent DHS will issue and file a Notice to Appear, placing the Petitioner in full removal proceedings before the Immigration Judge.

(Dkt. 7 at 2.)

Based on the parties' stipulation, the Court finds and ORDERS:

(1)     The deadline for the Government to file a return memorandum is STRICKEN.

(2)     The stipulated motion (Dkt. 7) is GRANTED.

(3)     This case is STAYED and held in abeyance pursuant to the terms and for the reasons set forth in the parties' stipulation.

(4)     The parties shall file a joint status report **within 21 days** of the resolution of the administrative proceedings related to the credible fear determination.

(5)     If the administrative proceedings are not resolved **within 90 days** of the date of this order, the parties shall file a joint status report with the Court. The parties shall file additional status reports every 90 days thereafter until the stay is lifted or this action is resolved, whichever occurs first.

(6)     The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

Dated this 29th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION TO STAY AND HOLD IN
ABEYANCE - 2